**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHN HANCOCK LIFE INSURANCE
COMPANY (USA), a foreign insurance
company,

        Plaintiff,

v.                                          Case No. 3:13-cv-1130-J-34JRK

MELISSA MITCHELL INTEMANN,
individually and as parent and guardian of
N.O.I., a minor, et al.,

        Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 45; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on June 19, 2014. In the Report, Magistrate Judge Klindt recommends that Plaintiff John Hancock Life Insurance Company (U.S.A.)'s Motion for Final Judgment of Discharge (Dkt. No. 34) be granted; Plaintiff be fully discharged from all liability on the life insurance policies at issue in this matter and Plaintiff be dismissed from this case; and that Defendants be enjoined from making any further claims against Plaintiff on the account of the policies at issue in this matter. See Report at 6. Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 45) is **ADOPTED** as the opinion of the Court.

2. Plaintiff John Hancock Life Insurance Company (U.S.A.)'s Motion for Final Judgment of Discharge (Dkt. No. 34) is **GRANTED**.

3. Plaintiff is fully discharged from all liability on the life insurance policies at issue in this matter and is **DISMISSED** from this case. The Clerk of the Court is directed to terminate Plaintiff from the Court docket.

    4.    Defendants are enjoined from making any further claims against Plaintiff on the account of the policies at issue in this matter.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of July, 2014.

                */s/ Marcia Morales Howard*
                **MARCIA MORALES HOWARD**
                United States District Judge

ja

Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Any Unrepresented Party